UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case.  In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form.  Counsel has a continuing duty to update this information.

No. 14-1825     Caption: Bruce Goldfarb v. Mayor & City Council of Baltimore, et al.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Mayor and City Council of Baltimore
(name of party/amicus)


who is _____Appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)


1.    Is party/amicus a publicly held corporation or other publicly held entity?  ☐YES ☑NO


2.    Does party/amicus have any parent corporations?                          ☐YES ☑NO
       If yes, identify all parent corporations, including grandparent and great-grandparent corporations:



3.    Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?                                                           ☐YES ☑NO
       If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☑YES ☐NO
    If yes, identify entity and nature of interest:

    Pursuant to CBAC Borrower, LLC's Disclosure of Corporate Affiliations, the following publicly held entity has a direct financial interest in the outcome of the litigation: "Caesars Aquisition Company, a publicly held corporation, has an ownership interest in non-publicly traded entities that have an ownership interest in CBAC Gaming, LLC."

5.  Is party a trade association? (amici curiae do not complete this question)  ☐YES ☑NO
    If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.  Does this case arise out of a bankruptcy proceeding?  ☐YES ☑NO
    If yes, identify any trustee and the members of any creditors' committee:

Signature: _____    Date: _____8/28/14_____

Counsel for: Mayor and City Council of Baltimore

## CERTIFICATE OF SERVICE
****************************

I certify that on _____8/28/14_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Timothy R. Henderson, Esq.
Rich and Henderson, P.C.
51 Franklin Street, Suite 300, P.O. Box 589
Annapolis, MD 21404-0589
Counsel for Appellants

_____          _____8/28/14_____
(signature)                              (date)

- 2 -