# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 14-1825; Goldfarb, et al. v. Mayor&CityCouncilofBaltimore, et al. |
| **Originating No. & Caption** | 1:13-cv-02768RBD;Sherrill,etal.v.Mayor&CityCouncilofBalt.,etal |
| **Originating Court/Agency** | U.S. District Court, District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. Section 1291 |
| Time allowed for filing in Court of Appeals | 30 Days |
| Date of entry of order or judgment appealed | 7/16/2014 |
| Date notice of appeal or petition for review filed | 8/13/2014 |
| If cross appeal, date first appeal filed | N/A |
| Date of filing any post-judgment motion | N/A |
| Date order entered disposing of any post-judgment motion | N/A |
| Date of filing any motion to extend appeal period | N/A |
| Time for filing appeal extended to | N/A |
| Is appeal from final judgment or order? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

**Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.)

| Is settlement being discussed? | ○ Yes | ⦿ No |
|---|---|---|

01/30/2013
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) ||||
|---|---|---|---|
| Is transcript needed for this appeal? | | ○ Yes | ◉ No |
| Has transcript been filed in district court? | | ○ Yes | ◉ No |
| Is transcript order attached? | | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) |||
|---|---|---|
| Case number of any prior appeal in same case | N/A ||
| Case number of any pending appeal in same case | N/A ||
| Identification of any case pending in this Court or Supreme Court raising similar issue | ||
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. ||
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. ||
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. ||

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This is a Resource Conservation and Recovery Act (RCRA) Citizen Suit filed to address ongoing migration of regulated substances from the property in question into groundwater and surface water at Baltimore's Inner Harbor. Plaintiffs live in the neighborhood around and/or utilize public parks and trails adjacent to the property which is at the headwaters of the Inner Harbor area. The Plaintiffs asserted that contamination from decades of industrial use was migrating from the property contaminating groundwater and surface water. Plaintiffs contend that the ongoing violations of RCRA presented an imminent hazard and required remediation. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| 1. Whether the trial court erred in deciding that a general permit regulating sediment and stormwater discharges during construction to surface water at the site served as carte blanche authorization for generating, storing, treating or disposing of hazardous waste on the construction site and releasing the waste or commercial chemicals onto the ground allowing them to leach into groundwater and migrate into the Inner Harbor.<br><br>2. Whether the trial court erred in making findings and relying upon facts outside of the pleadings to dismiss the Complaint.<br><br>3. Whether the trial court erred in dismissing claims against prior and present operators of the site despite clear assertions in the complaint supporting findings that Defendants contributed to the post or present handling, storage, treatment, transportation or disposal of solid or hazardous waste at levels which may present an imminent and substantial endangerment to health or the environment. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Mayor & City Council of Baltimore, Maryland<br><br>Attorney: Matthew W. Nayden, Esq.<br>Address: Baltimore City Law Department<br>100 N. Holliday Street<br>Baltimore, Maryland 21202<br><br>E-mail: matthew.nayden@baltimorecity.gov<br><br>Phone: (410) 396-5370 | Adverse Party: Mayor & City Council of Baltimore, Maryland<br><br>Attorney: Elizabeth R. Martinez, Esq.<br>Address: Baltimore City Law Department<br>100 N. Holliday Street<br>Baltimore, Maryland 21202<br><br>E-mail: liz.martinez@baltimorecity.gov<br><br>Phone: (410) 396-3268 |
| **Adverse Parties (continued)** ||
| Adverse Party: Mayor & City Council of Baltimore, Maryland<br><br>Attorney: Amy Beth Leasure, Esq.<br>Address: Baltimore City Law Department<br>100 N. Holliday Street<br>Baltimore, Maryland 21202<br><br>E-mail: amybeth.leasure@baltimorecity.gov<br><br>Phone: (410) 396-8186 | Adverse Party: Maryland Chemical Company, Inc.<br><br>Attorney: Donald J. Walsh, Esq.<br>Address: Offit Kurman, P.A.<br>8 Park Center Court, Suite 200<br>Owings Mills, Maryland 21117<br><br>E-mail: dwalsh@offitkurman.com<br><br>Phone: (443) 738-1583 |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: CBAC Gaming, LLC and CBAC Borrower, LLC<br><br>Attorney: Thomas Mark Lingan, Esq.<br>Address: Venable LLP<br>  750 E. Pratt Street, Suite 900<br>  Baltimore, Maryland  21202<br><br>E-mail: tmlingan@venable.com<br><br>Phone: (410) 244-7820 | Name: CBAC Gaming, LLC and CBAC Borrower, LLC<br><br>Attorney: Mary Rosewin Sweeney, Esq.<br>Address: Venable LLP<br>  750 E. Pratt Street, Suite 900<br>  Baltimore, Maryland  21202<br><br>E-mail: mrsweeney@venable.com<br><br>Phone: (410) 244-7587 |
| **Appellant (continued)** ||
| Name: CBAC Gaming, LLC and CBAC Borrower, LLC<br><br>Attorney: Kenneth L. Thompson, Esq.<br>Address: Venable LLP<br>  750 E. Pratt Street, Suite 900<br>  Baltimore, Maryland  21202<br><br>E-mail: klthompson@venable.com<br><br>Phone: (410) 244-7575 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** _/s/_   **Date:** August 29, 2014

**Counsel for:** Appellants Bruce Goldfarb & Michael Gallagher

---

**Certificate of Service**: I certify that on August 29, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Matthew W. Nayden, Esq.<br>Elizabeth R. Martinez, Esq.<br>Amy Beth Leasure, Esq.<br>Baltimore City Law Department<br>100 N. Holliday Street<br>Baltimore, Maryland  21202<br><br>Donald J. Walsh, Esq.<br>Offit Kurman, P.A.<br>8 Park Center Court, Suite 200<br>Owings Mills, Maryland  21117 | Thomas Mark Lingan, Esq.<br>Mary Rosewin Sweeney, Esq.<br>Kenneth L. Thompson, Esq.<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, Maryland  21202 |

**Signature:** _/s/_   **Date:** August 29, 2014