**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 30, 2014

---

DOCKET CORRECTION NOTICE

---

No. 14-1825, Bruce Goldfarb v. Mayor and City Council of Balt
1:13-cv-02768-RDB

TO: Timothy Robert Henderson

FILING CORRECTION DUE: October 3, 2014

Please make the correction identified below and file a corrected document by the date indicated.

---

[x] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

Cyndi Halupa, Deputy Clerk
804-916-2704