# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 9, 2014

_____

Amended DOCKET CORRECTION NOTICE
_____

No.    14-1825,         Bruce Goldfarb v. Mayor and City Council of Balt
                        1:13-cv-02768-RDB

TO:    Timothy Robert Henderson

BRIEF AND APPENDIX CORRECTION DUE:  October 20, 2014

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

 [X] See Checklist: Please make corrections identified on attached checklist.


Cyndi Halupa, Deputy Clerk
804-916-2704