RECORD NO. 10-1433

IN THE

# United States Court of Appeals

## FOR THE FOURTH CIRCUIT

—————————

BRUCE GOLDFARB, *et al*

*Plaintiff-Appellant,*

v.

MAYOR AND CITY COUNCIL OF BALTIMORE, *et al*.

*Defendants-Appellees.*

—————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

—————————

**APPELLEES' DESIGNATED EXHIBITS**

**Respectfully Submitted:**
**Timothy R. Henderson**
**RICH AND HENDERSON, P.C.**
51 Franklin Street, Suite 300
P.O. Box 589
Annapolis, Maryland 21404
(410) 267-5900
thenderson@richlaw.com

*Attorneys for Appellants*

# APPELLEES' DESIGNATED EXHIBITS
## TABLE OF CONTENTS

<u>Page</u>

<u>Exhibit 5</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ...............................................................*Ex. 1*

<u>Exhibit 6</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ...............................................................*Ex. 7*

<u>Exhibit 11</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ...............................................................*Ex. 55*

<u>Exhibit 13</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ...............................................................*Ex. 59*

<u>Exhibit 17</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ...............................................................*Ex. 159*

<u>Exhibit 20</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ...............................................................*Ex. 181*

<u>Exhibit 21</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ...............................................................*Ex. 218*

<u>Exhibit 22</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ...............................................................*Ex. 225*

I

## APPELLEES' DESIGNATED EXHIBITS
## TABLE OF CONTENTS

<u>Exhibit 24</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ................................................................*Ex. 230*

<u>Exhibit 25</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ................................................................*Ex. 234*

<u>Exhibit 26</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ................................................................*Ex. 238*

<u>Exhibit 27</u> of CBAC Gaming LLC's and CBAC
Borrower LLC's Memorandum of Law in Support
Motion to Dismiss ................................................................*Ex. 260*

<u>Exhibit D</u> of CBAC Gaming LLC's and CBAC Borrower LLC's
Reply Memorandum ..............................................................*Ex. 281*

# EXHIBIT 5

Ex. 1

Appeal: 14-1825    Doc: 29-1    Filed: 10/15/2014    Pg: 8 of 50

**RICH AND HENDERSON, P.C.**
ATTORNEYS AT LAW
51 Franklin Street, Suite 300
P.O. Box 589
Annapolis, Maryland 21404-0589

OFFICE OF THE
DEPUTY COMMISSIONER

2013 MAR 15  PM 3 58   4:58 pm
                                Nadg-M

PERMITS AND CODE
ENFORCEMENT

TEL:  (410) 267-5900                                    (410) 267-5901
TOLL FREE:  (800) 407-0250                    E-MAIL: lhenderson@richlaw.com

March 15, 2013

*VIA HAND DELIVERY*

Baltimore Department of Housing and Community Development
Office of Permits and Building Inspections
417 E. Fayette Street, Room 1339
Baltimore, Maryland 21202
Attn:  Michael Braverman, Building Official

Re:    **Request for Review and Revocation of Permits Nos. COM2012-24074**
       **through COM2012-24084 at 1501, 1601, 1629 and 1633 Warner Street, 2102**
       **Oler Street, 2119 Haines Street and 2104 Worcester Street**

Dear Mr. Braverman:

     We write on behalf of Elizabeth Arnold, Tim Bull, Merab Rice, Ruth Sherill[1] and the
Westport Improvement Association and, pursuant to Baltimore City Code, Buildings and Fire
Code ("Building Code") § 128.1, seek review of above-referenced permits which were issued to
Lisa Junker on March 6, 2013 and which authorize excavation, grading and foundation removal
work "for future use as [the] Baltimore Casino, Garage and Central Services Building."
Additionally, pursuant to § 105.6 of the Building Code of § 4-7 of the Natural Resources Article
of the Baltimore City Code (or "Article 7 of the Code") , we request an immediate revocation
and/or stay of the above-referenced permits for the reasons set forth below.

     The named Baltimore City residents and Westport Improvement Association are
aggrieved by the Department of Housing and Community Development's ("HCD") issuance of
the above-referenced permits because they reside in the vicinity of the proposed Baltimore
Casino and because they recreate and use the resources in the adjacent areas, including the
Gwynns Falls Trail and Middle Branch of the Patapsco River.

     We seek review, and immediate revocation and/or stay, of the above-referenced permits
because they were issued in violation of the mandates set forth at § 102.16 of the Building Code
and §§ 3-3, 4-1 and 4-4 of Article 7 of the Code, which requires the proposed work to be in

---

[1]  All individuals are residents of the City of Baltimore and reside at 2210 Annapolis Road, Baltimore MD,
21230; 2038 Annapolis Road, 21230; 2309 Annapolis Road Baltimore, MD 21230; and 2631
Waterview Avenue, Baltimore, MD 2130, respectively.

Ex. 2

Mr. Michael Braverman
March 15, 2013
Page 2 of 4

conformance with all federal, state and city permitting programs and all applicable laws, codes
and ordinances prior to permit issuance. Because of the Applicant's "phased" approach to this
large scale development project and their request for an expedited review and approval schedule,
the appropriate agencies and officials, include the HCD, overlooked necessary permits, variance
and approvals and approved deficient plans which are neither in conformance with the applicable
laws, codes, and ordinances nor protective of the human health and environment. These missing
and/or deficient approvals include, but are not limited to:

1.  Zoning Variances from the Board of Municipal and Zoning Appeals

The Horseshoe Casino Project requires a series of rear-lot setback variances from the
Board of Municipal and Zoning Appeals which have not been granted. Balt. City. Zoning § 6-.
312(e). The latest hearing before the BMZA was scheduled for March 5, 2013, but was
voluntarily postponed by the Applicant. *See Comments submitted to BMZA on March 5, 2013
(attached)*. It is impossible for the grading permits to be in conformance with the Zoning Code
because the development, for which the grading is necessary, is currently non-compliant with the
Zoning Code.

2.  Critical Area Variance from the Critical Area Commission

A portion of the above-referenced properties are located in a Designated Habitat
Protection Area (DHPA) of the Critical Area. *See Zoning* Code § 8-322, City Critical Area
Management Plan Manual ("CAMP"). Additionally, portions of the DHPA at the above-
referenced properties include *undeveloped* areas of the DHPA. Under the City's CAMP,
development activity, which is defined as including grading work, is expressly prohibited.
Therefore, a Critical Area variance is required for any development-related work in the
undeveloped portions of the DHPA at the site.

The Critical Area variance is a required approval for the Horseshoe Casino Project given
their landscaping design for above-referenced properties, which will disturb *all* of the
undeveloped portions of the DHPA at the site. The Planning Department erroneously deemed
the above-referenced permit applications as being in compliance with all applicable laws, codes
and ordinances under the erroneous premise that the *buildings* proposed at the site will not
disturb the undeveloped portions of the DHPA. However, the prohibition from developing in the
undeveloped portions of the DHPA *is not* limited to erecting structures, but encompasses *all
earth disturbing acitvities*, including grading and excavation. The Sediment and Erosion Control
and Stormwater Management Plans associated with the permits, as well as the Maryland
Voluntary Cleanup Program Response Action Plan ("RAP") which will be implemented at the
site pursuant to the permits of the permit clearly indicate that the undeveloped portions of the
DHPA will be, and is mandated to be grading and removed. *See* November 2012 RAP, Section
5.0 and Appendix C.3. These mandates were overlooked because the City agencies and officials

Ex. 3

Mr. Michael Braverman
March 15, 2013
Page 3 of 4

reviewed the plans associated with the above-referenced permits *never* received a copy of or were told about the terms contained in the final approved November 2012 RAP.

3. Sediment and Erosion Controls

An appeal on behalf of Ms. Sherrill was also filed on February 22, 2013 regarding the Erosion and Sediment Control Plans ("ESCP") and/or Storm Water Management Plan ("SWMP") for this site. (*See* attached). The ESCP/SWMP failed to address (1) management of on-site resources such as wetlands, (2) hazardous substances present in the soils and groundwater, (3) exposure risks during construction, and (4) the relationship to and overlapping affects of the Voluntary Cleanup Program Response Action Plan submitted to the Maryland Department of the Environment without valid ESCP/SWMP, the grading permits should not have been issued.

4. Voluntary Cleanup Program Response Action Plan

The grading permits, grading plans and ESCP are not in conformance with various requirements contained in the terms of the approved RAP. Furthermore, the final approved grading plans and ESCP only direct the relevant subcontractor to review the *August 2012 RAP* and resolve any inconsistencies with the plans and RAP in favor of the RAP. This, however, *is the wrong* RAP. The final approved RAP is a different version – November 2012.

Furthermore, the likely inconsistencies between the plans and permits and the RAP will likely put the construction workers at the site, as well as the surrounding public health and environment at risk. This is not in conformance with MDE's VCP program requirements, among other things, and therefore necessitates permit revocations and/or stays.

Conclusion

The Applicant is trying to piecemeal their requests in various City departments in an attempt to commence construction with little to no regard for the established approval process in place in Baltimore City. The Casino Project cannot be looked at in parts. This has resulted in the numerous above-mentioned errors and violations. For the foregoing reasons we request the Building Official immediately review and revoke and/or stay the grading permits until such time as all required approvals have been verified and all necessary plans revisions have been made to be in conformance with *all* applicable laws, regulations, codes and ordinances, as well as the final RAP which must be implemented as finally approved at the site.

We hereby request a hearing on this matter as soon as possible. We look forward to hearing from you shortly.

Sincerely yours,

Ex. 4

Appeal: 14-1825    Doc: 29-1    Filed: 10/15/2014    Pg: 11 of 50

Mr. Michael Braverman
March 15, 2013
Page 4 of 4

Timothy R. Henderson

Enclosures

Ex. 5

Ex. 6

# EXHIBIT 6

Ex. 7



Ex. 8



TURBIDITY CURTAIN DETAILS

TYPE II

STANDARD STABILIZATION NOTE

Colbert Matz Rosenfelt, Inc.

HORSESHOE CASINO
BALTIMORE, MD

ESD #6660

PHASE III:
SEDIMENT CONTROL NOTES

C 3.0-03

ka
kslcz.com
1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

Ex. 10

PHASE III:
SEDIMENT CONTROL DETAILS

HORSESHOE CASINO
BALTIMORE, MD

ka
kalac.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

C 30-04

Ex. 11



PHASE III:
SEDIMENT CONTROL DETAILS

HORSESHOE CASINO
BALTIMORE, MD

C 3.0-05

Ex. 12



PHASE III:
SEDIMENT CONTROL PLAN-
PROPOSED CONDITIONS
DRAINAGE AREA MAP

HORSESHOE CASINO
BALTIMORE, MD

Ex. 14



PHASE III:
SITE PLAN

HORSESHOE CASINO
BALTIMORE, MD

C 40-00

Ex. 15



Ex. 16



**Ex. 17**

Ex. 18



HORSESHOE CASINO
BALTIMORE, MD

PHASE III:
GRADING PLAN –
WARNER STREET UTILITY
PROFILES

C 40-05

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144
ka5ic.com

Ex. 19

RUSSELL STREET

WORCESTER STREET
(66' R/W)

MATCHLINE "B"

**HORSESHOE CASINO**
BALTIMORE, MD

PHASE III:
GRADING PLAN -
WORCESTER, RUSSELL &
BAYARD UTILITY PROFILES

ka
kalsc.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

C-40-06

Ex. 20

HORSESHOE CASINO
BALTIMORE, MD

PHASE III:
STORMWATER MANAGEMENT PLAN
EXISTING CONDITIONS

C 6D-01

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144
kaInc.com

Ex. 21



Ex. 22



Ex. 23

Ex. 24



Ex. 25



Ex. 26



Ex. 27



Ex. 28



Ex. 29

PLUMBING FIXTURE SCHEDULE

EXPANSION TANK SCHEDULE

PLUMBING FIXTURE SPECIFICATIONS

GAS FIRED BOILER SCHEDULE

NOTICE:

PLUMBING FIXTURES





HORSESHOE CASINO
BALTIMORE, MD

ka
kahr.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

SCHEDULES

P00.03



PLUMBING WASTE AND VENT PLAN – CASINO LEVEL 1 – SOUTHWEST

HORSESHOE CASINO
BALTIMORE, MD

ka

1468 west 9th st, #600
cleveland, oh 44113
216.781.9144

kalsc.com

P20.01

Ex. 31



PLUMBING WASTE
AND VENT PLAN –
CASINO LEVEL 1 –
NORTHWEST

P20.02

HORSESHOE CASINO
BALTIMORE, MD

ka
kaInc.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

Ex. 32



PLUMBING WASTE AND VENT PLAN – CASINO LEVEL 1 – NORTHEAST

P20.03

HORSESHOE CASINO
BALTIMORE, MD

ka
kainc.com
1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

Ex. 33



PLUMBING WASTE AND VENT PLAN - CASINO LEVEL 1 - SOUTHEAST

P20.04

HORSESHOE CASINO
BALTIMORE, MD

ka
kaine.com

1468 west 9th st. #400
cleveland, oh 44113
216.781.9144

Ex. 34

PLUMBING WASTE AND VENT PLAN – CASINO LEVEL 2 – SOUTHWEST

P20.005

HORSESHOE CASINO
BALTIMORE, MD

ka
kainc.com

1468 west 9th st, #400
cleveland, oh 44113
216.781.9144

Ex. 35

PLUMBING WASTE AND VENT PLAN - CASINO LEVEL 2 - NORTHWEST

P20.06

HORSESHOE CASINO
BALTIMORE, MD

ka
kainc.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

Ex. 36



PLUMBING WASTE
AND VENT PLAN -
CASINO LEVEL 2 -
NORTHEAST

HORSESHOE CASINO
BALTIMORE, MD

P20.07

Ex. 37

PLUMBING WASTE AND VENT PLAN - CASINO LEVEL 2 - SOUTHEAST

HORSESHOE CASINO
BALTIMORE, MD

ka
katee.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

P20.08

Ex. 38

PLUMBING WASTE AND VENT PLAN – CASINO LEVEL 3 – SOUTHWEST

HORSESHOE CASINO
BALTIMORE, MD

ka
kainc.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

P20.09

Ex. 39

PLUMBING WASTE
AND VENT PLAN -
CASINO LEVEL 3 -
NORTHWEST

P20.10

HORSESHOE CASINO
BALTIMORE, MD

ka
kainc.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

HORSESHOE CASINO
BALTIMORE, MD

**ka**
kalne.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

PLUMBING WASTE
AND VENT PLAN –
CASINO LEVEL 3 –
NORTHEAST

P20.11

Ex. 41

| P20.12 | PLUMBING WASTE AND VENT PLAN - CASINO LEVEL 3 - SOUTHEAST | | HORSESHOE CASINO BALTIMORE, MD | ka ksinc.com | 1468 west 9th st. #400 cleveland, oh 44113 216.781.9144 |

Ex. 42



HORSESHOE CASINO
BALTIMORE, MD

ka
kainc.com

1468 west 9th st. #600
cleveland, oh 44113
216.781.9144

P20.15

PLUMBING WASTE
AND VENT PLAN –
CASINO LEVEL 4 –
NORTHEAST

Ex. 43

PLUMBING WASTE
AND VENT PLAN – BOH
LEVEL 1 AND 2

P20.17

HORSESHOE CASINO
BALTIMORE, MD

1468 west 9th st, #600
cleveland, oh 44113
216.781.9144
kainc.com

Ex. 44